UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-62682-ZLOCH

NICOLE ANGELUS,

        Plaintiff,

v.

HUNTERS LEGACY LLC,
a Florida Limited Liability Company,
HUNTER'S BEACH BAR GROUP, LLC,
a Florida Limited Liability Company,
ANTHONY CATANIA, individually,
and JOHN RAMIREZ, individually.

        Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

        Plaintiff Nicole Angelus and Defendants Hunters Legacy LLC and Anthony Catania, by

and through their undersigned counsel, hereby notify the Court that they have settled the above-

styled case with regard to Defendants Hunters Legacy LLC and Anthony Catania.  The Parties

will promptly file all papers necessary to effectuate a dismissal with prejudice of Defendants

Hunters Legacy LLC and Anthony Catania from the above-styled case.

        Respectfully submitted this 17th day of June, 2016.

| | |
|---|---|
| LAW OFFICES OF KEVIN D. SMITH, P.A. | MINERLEY FEIN, P.A. |
| Attorneys for Plaintiff | Attorneys for Defendants Hunters Legacy LLC |
| 6099 Stirling Road | and Anthony Catania |
| Suite 101 | Kenneth L. Minerley |
| Davie, FL  33314 | Stephanie Griffin |
| Tel.:  (954) 797-9626 | Stephanie@minerleyfein.com |
| Fax:  (954) 239-3956 | 1200 N. Federal Highway, Suite 420 |
| Email: kevin@kdsmithlaw.com | Boca Raton, FL 33432 |
| | Phone: 561-362-6699 |
| | Fax: 561-447-9884 |

| | |
|---|---|
| .s/  Kevin D. Smith | .s/  Stephanie Griffin |
| Kevin D. Smith | Stephanie Griffin |
| Florida Bar No. 0528137 | Florida Bar No. 85019 |