UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:15-cv-62682-ZLOCH

NICOLE ANGELUS,

    Plaintiff,

v.

HUNTERS LEGACY LLC,
a Florida Limited Liability Company,
HUNTER'S BEACH BAR GROUP, LLC,
a Florida Limited Liability Company,
ANTHONY CATANIA, individually,
and JOHN RAMIREZ, individually.

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT AND DISMISSING DEFENDANTS HUNTERS LEGACY LLC AND ANTHONY CATANIA FROM THE CASE WITH PREJUDICE

**THIS CAUSE** having come before the Court on Plaintiff Nicole Angelus and Defendants Hunters Legacy LLC and Anthony Catania's Joint Motion for Entry of Order Approving Settlement and Dismissing Defendants Hunters Legacy LLC and Anthony Catania from this Case with Prejudice [D.E. 27], and the Court having considered the same, reviewed all documents related to the settlement of this matter, and being otherwise fully advised, finds that all matters in controversy and dispute pending in this case between Plaintiff Nicole Angelus and Defendants Hunters Legacy LLC and Anthony Catania have been fully settled by and between the Parties, so therefore it is:

**ORDERED AND ADJUDGED** as follows:

    1.    The Parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Defendants Hunters Legacy LLC and Anthony Catania from this Case with Prejudice is **GRANTED**;

2. Defendants Hunters Legacy LLC and Anthony Catania are **DISMISSED WITH PREJUDICE** from the above-entitled cause;

3. Each party shall bear their own attorneys' fees and costs; and

4. The Court shall retain jurisdiction over Defendants Hunters Legacy LLC and Anthony Catania to enforce the terms of the settlement for a period of thirty (30) days from the date the settlement payment is due.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of _____, 2016.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished to:

All Counsel of Record